UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: Shanamarie Blackshi̇              Chapter 7

Case No. **2012097 TUC SHG**

Debtor(s).

### DECLARATION UNDER PENALTY OF
### PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY

The debtor(s) shall answer the following questions:

1. Did you pay or promise to pay someone to help in preparing the documents for your bankruptcy filing:
   [ ] Yes   [X] No

2. If yes, please give the following information about that person(s):

   Name: _____
   Address: _____
   City/State/Zip: _____
   Telephone No: _____

3. What amount did you pay or promise to pay for this help? (Fill in the blanks)

   Money:   Paid: $_____   Will Pay: $_____

   Personal Property given to or Services provided to preparer (instead of, or in addition to, monetary payment above) (please explain): _____

4. Did you make any payments to the preparer for Court costs in connection with the filing of the bankruptcy (such as filing fees)?
   [ ] Yes   [X] No.   If yes, how much $_____

I declare under penalty of perjury that the above statements are true.

_Shanamarie Blackw_____             _____
Debtor's Signature                         Joint Debtor's Signature

_____             _____
Print Name                                        Print Name

_____             _____
Address                                              Address

**Warning:** It is a federal crime to file a document containing false information in a federal court proceeding. Penalty for false declarations: Fine of not more than $250,000 or imprisonment for not more than 5 years or both. 18 U.S.C. § 152 and § 3571.

Local Form 1007-3 (08/18)       Declaration of Debtor Without An Attorney       Page 1