Exemption

Exempt of

Trustee

Self-reliance

11-522

Aronamore
Blackwl
11-20-2020

20-12097 SHG

FILED
NOV 25 2020
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA