20-12097 SHG

Cancelation of Chapter 13 Request, of Conversion.

Due to the inaccuracy of the Chapter (13) request. proforming proficiency of paperwork.

Ahanaman Blackwell.

11-20-2020.