20-12097 SHG

Discharge

12-17 2020

Due to the time limitation of the filing and proficency in account filing.

Interference of case since 8th month of 2020

Violation of UCC codes.

Law of Liberty & Royal law.

FILED
DEC 17 2020
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA