FILED USBC MAIL TUC
2020 DEC 30 AM 10:02

Redemption

20-12097 SHG

Shanamanè Blackshire

Complete redemption ⓐ $11,552,240

12-28-2020

Routing 075911988

Shanamanè Black[...]

December 28, 2020

(414) 628-5111

31(CFR) 344(pt)