Order of Discharge.                    12-29-2020

Secured party demanding Discharge

due to the interference in Bankruptcy

Case, Also the time Consumption of

Bankruptcy Case which was first

filed 8-29-2020 with major interference

Secured party demanding all property

Claimed & proceeds Concerning this

Bankruptcy Case.


20-12097-SHG