20-12097-SHG

FILED USBC MAIL TUC
2021 JAN 4 AM 10:31

12-29-2020

Complaint.

Secured party Shanamont Blackshire. have filed bankruptcy 8-29-2020 there have been interference, and time consumption concerning bankruptcy filing, Secured party have not waived any right to Az. Bankruptcy, which is in violation of UCC code 9-312 9-315 and demand order of Discharge which is also ordered. again. First discharge was sent 12-12-2020

8-29-2020, Bankruptcy form was sent for filing, A/B/C/D/G/ with superceeding forms as well, Application is on Notice locally & Nationally.

9th-month-waiting on response on concerns of application.

10-9-2020 - Emails came to my phone concerning a contract.

10-13-2020 - Contract was denied.

10-15-2020 - Calls went on concerning Bankruptcy, Application was found on boss desk.

11th month - Bankruptcy was filed again. Paperwork drop off's on constant contact with the courts.

12th month - we have constant interference in Bankruptcy case, violations was also written up in case paperwork. and will be summon to a courtroom on such behaviors, then all actions on case, even what was not writen