FORM VAN-093
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

SHANAMARIE ANNETIONETTE BLACKSHIRE
4701 W LINDA VISTA BLVD
14204
TUCSON, AZ 85742
SSAN: xxx-xx-0792
EIN:

Debtor(s)

Case No.: 4:20-bk-12097-SHG

Chapter: 7

**FILED**

JAN 21 2021

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## ORDER REINSTATING CASE

The above-captioned Debtor(s) having filed a motion to reinstate this case pursuant to Bankruptcy Rule 9024; the case having been dismissed because required documents were not filed, filing fees were not paid, or due to administrative error. As Debtor(s) have now cured the deficiencies,

IT IS ORDERED that this case is reinstated. Debtor(s) have waived the right to object to complaints, motions, or proofs of claim filed under Fed.R.Bankr.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed not later than 30 days following notice of this order.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: December 22, 2020

BY THE COURT

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704
Telephone number: (520) 202-7500
www.azb.uscourts.gov

**Honorable Scott H. Gan**
United States Bankruptcy Judge

Notice of Returned Mail to Debtor/Debtor's Attorney

January 12, 2021

From: United States Bankruptcy Court, District of Arizona

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: SHANAMARIE ANNETIONETTE BLACKSHIRE, Case Number 20-12097, SHG

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

ID# 2897660
1266 MORNING STAR DR
TUBAC AZ 85646

THE UPDATED ADDRESS IS:

1266 Morningstar Dr.
Tubac AZ.
85646

Signature of Debtor or Debtor's Attorney

Date: 1-21-21

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.