Letter to Judge    3-2-21

Shanamane Blackshire    20-12097SHG
Judge.

As of date of filing Bankruptcy Claim, Creditor/Creditor peers have flocked to both properties, IS still on Properties this day. Individuals are interfering in mail delivery and Collection, Requesting your envolvement immediatly in this matter please. Interference in Bankrupcy Case.
18-118

Shanamane
Blacksh.

FILED
MAR - 3 2021
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA