3-15-21

TO: Judge Scott Gan

From: Blackshire, Shanamanz

FILED
MAR 15 2021
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZO[NA]

Creditor from property of 1266 Morning Star Dr, is

Changing Zip Codes.

Changing MLS Codes.

Seperating the property from a 9 Bedroom property.

Family house (5) Bedroom
Guest house (4) Bedroom

Both houses was claimed as a whole with no seperation in them

*Shanamanz Blackul.*