20-12097 SHG

Proof of Claim

FILED
MAR 1 5 2021
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Shanamarie Blackshire

Shanamarie Blackshire
4701 W Linda Vista Blv
14204
Tucson AZ. 85742
(until further updates)

11,552,240

3-15-21

Shanamarie Blackshire

(414)678-5111