4

Motion

FILED USBC CLRK TUC
2021 OCT 26 PM 12:21

20-12097

Sept 7th 2021, I Shanamarie Blackshire went to the Recorders office in Santa Cruz County to record Certified docs. I was denied any and all service of recording. I was then arrested from the recorders office for (9) days under allegation charges concerning property discharged to me (5) days into arrest I was given a case #, An a bond

was set in the amount of $3000 which was paid in full. Santa Cruz County conforscated private keys to the property that was requested in a key request in the Bankruptcy case, when Santa Cruz conforscated keys a property # was given 210612003 from the sheriff office. As of October 19th a video conference was required Judge Stated property has been abandoned to me since

April 7th. As of October 25th I called Santa Cruz County for key delivery and/or return Secretary stated they no longer had keys in their possession from what he was reading Call ended. I called back 10 min later for details & how. Sheriff answer the phone, I was threated with another arrest for the same allegated charges concerning ~~the~~ property I was arrested for.

Sheriff stated that the keys was returned to it rightful Owner, I wasn't getting my keys back, & will be arrested and charged on allegated charges concerning the property. An stated I should get a lawyer at this time call was complete.

*Ahanamon8 Blackwl.*