Notice            20-12097

FILED USBC CLRK TUC
2021 OCT 26 PM 12:21

2nd Property claimed on A/B Schedule was sold 10-15-21 while on a lein. Debtor is homeless and dealing with total interference in both aspects, And/or claims.

*Ahanaman R. Black Sr.*