# Motion to Redeem

Redemption:

FILED USBC MAIL TUC
2021 OCT 29 AM 10:09

This day as of 10-27-21 Debtor motion to redeem personal property associated with the case 20-12097 has been filed.

*Ahanamars Blacks*