# Motion to Redeem

## Redemption:

FILED USBC MAIL TUC
2021 OCT 29 AM 10:09

This day as of 10-27-21 Debtor motion to redeem Secured Claim &/or total amount claimed associated with the case 20-12097 has been filed.

*Ahnamani Black JM*