# Certificate of Service

FILED USBC MAIL TUC
2021 OCT 29 AM 10:09

This certifies the service of certificate is being filed this day 10-27-21 with Bankruptcy Court for the order of relief being requested associated with case 20-12097

Thomas Blackshire