20-12097

When Recorded Mail To:

Shanamarie Blackshire

1266 Morning Star Dr. Box (116)

# Private Property Deed

I, Shanamarie Blackshire as Sole Owner of this Private Property Deed.

Do/Does hereby make known that I Shanamarie A. Blackshire, Do hold Sole Ownership of this foresaid Private Property with Land attachments, portions written and Portions not written at this time of creation this Private Property Deed, do have the Rights of Sole Ownership of the following Real Property situated in.

State of Arizona.

Rio Rica County,

Case 4:20-bk-12097-SHG    Doc 125    Filed 11/05/21    Entered 11/05/21 13:51:51    Desc
Main Document    Page 1 of 3

A portion of the North half of Baca Float No.3 describes as follows:

Beginning at the Easternmost Corner of Lot 64 of the MORNING STAR RANCH, as Recorded in Book 2, of Surveys at page 136 in the Official Records of Santa Cruz County Arizona.

Thence North 30°50'29" West a distance of 3551.14 feet the Northeastern Corner of Lot 66 of the foresaid MORNING STAR RANCH, Being also the Southeastern Corner of Lot 148 of TUBAC FOOTHILLS RANCH UNIT IV, As Recorded in Book 2 of Surveys at page 159 in the Officials Records of Santa Cruz County, Arizona.

Thence along the Easterly line of foresaid Lot 148 North 28°28'43" East a distance of 1404.04 feet to the Southwestern Corner of Lot 46 of SALERO RANCH UNIT 1, According to the Survey Recorded in Book 2 of the Survey at page 184 in the Official Records of Santa Cruz County Arizona.

Thence South 72°20'04" East a distance of 699.78 feet to Southwest Corner of Lot 45 of foresaid SALERO RANCH UNIT 1;

Thence along the Southly line of foresaid Lot 45 South 72°24'44" East a distance of 1318.53 feet;

Thence South 11°52'49" West a distance of 3752.77 feet to the Point of the Beginning.

That portion of Lot 65 of MORNING STAR RANCH, as recorded in Book 2 of Surveys at page 136 in the Official Records of Santa Cruz County Arizona described as follows:

Beginning at the Northernmost Corner of the foresaid Lot 65;

Thence South 30°50'29" East a distance of 120.63 feet;

Thence South 79°43'44" West a distance of 264.09 feet;

Thence North 39°30'00" West a distance of 28.16 feet;

Thence North 59°09'31" East a distance of 251.49 feet the TRUE POINT OF THE BEGINNING.

Not Subject To: Current Taxes, Assessments, Patent, Liens, Conditions, Restrictions and or Obligations of this foresaid Private Property Deed.

I Shanamarie Blackshire do hold this Title against all persons who so ever is Subject to the matters of restrictions set above in this here Private Property Deed.

UCC (9)

State of Arizona
County of Pima
On this 5 day of Nov 2021 Shanamarie Blackshire personally appeared before me whose identity I proved on the basis of satisfactory evidence to be the signer of the above instrument and he/she acknowledged that he/she executed it.

*Melissa Samaniego*
Notary Public

OFFICIAL SEAL
Melissa Samaniego
Notary Public - Arizona
Pima County - Comm # 586461
My Comm. Exp. Aug 26, 2024