When Recorded Mail To:

Shanamarie Blackshire

1266 Morning Star Dr. Box (116)

FILED USBC CLRK TUC
2021 NOV 5 PM 1:40

## Private Property Deed

I, Shanamarie Blackshire as Sole Owner of this Private Property Deed.

Do/Does hereby make known that I Shanamarie A. Blackshire, Do hold Sole Ownership of this foresaid Private Property, do have the Rights of Sole Ownership of the following Real Property situated in.

State of Arizona.

Pima County,

Lot 132 of Final Plat for Block of CONTINENTAL RESERVE, Pima County, according to the map records in the office of the County Records, Pima County, Arizona in Book 55 Maps and Plats Page 80.

Not Subject To: Current Taxes, Assessments, Patent, Liens, Conditions, Restrictions and or Obligations of this foresaid Private Property Deed.

I Shanamarie Blackshire do hold this Title against all persons who so ever is Subject to the matters of restrictions set above in this here Private Property Deed.

UCC (9)

*Shanamarie Blackshire* (signature)

State of Arizona
County of Pima

On this **5** day of **Nov** 20**21** *Shanamarie Blackshire* personally appeared before me whose identity I proved on the basis of satisfactory evidence to be the signer of the above instrument and he/she acknowledged that he/she executed it.

*Melissa Samaniego* (signature)
Notary Public

**OFFICIAL SEAL**
**Melissa Samaniego**
Notary Public- Arizona
Pima County-Comm # 586461
My Comm. Exp. Aug 26, 2024