Official Form 416A (12/15)

Form 416A. CAPTION (FULL)

United States Bankruptcy Court

_____ District Of _____

In re _____,
[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]

**Debtor**

**Address** _____

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _____

Employer's Tax Identification No(s). (if any): _____

Case No. 20-12097 SHG

Chapter _____

**FILED**

MAR - 1 2022

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

My name Esther Blackshire Mother of Shanamarie Blackshire she was granted a home in Rio Rico through bankrupsy here. She has been talking to the judge here anyway she is now sitting in Santa Cruz County Detention Center on a 750000.00 bond She has all her doc. papers but they're not honouring it they're charging her with criminal trespassing breaking and entering They told her that they're not honouring a Federal judge ruling and they are trying to give her 3-15yrs behind bars. So I would like if I could please speak to the judge that is or was handling her case 608.632.3256

DO NOT WRITE BELOW LINE