I Esther Blackphire is writing this notice on Shanamarie Blackphire behalf Shanamarie Blackphire has terminated all state jurisdiction over her. On this date 4/20/22

Esther Blackphire
4/20/22