20-12097                                    9/23/22

Notice of filing

I Shanamarie Blackshire am filing exempt from cost on appeals.